

Frank A. COLONELL, Appellant, v. Benjamin S. GOODMAN et al.

No. 9642.

Circuit Court of Appeals. Third Circuit.

Argued June 10, 1948.

Decided July 2, 1948.

Writ of Certiorari Denied Nov. 22, 1948.

See 69 S.Ct. 166.

John J. Gain, of Philadelphia, Pa., for appellant.

Charles E. Kenworthey and Bernard G. Segal, both of Philadelphia, Pa., for Parkway Oil Co., appellee.

Before BIGGS, GOODRICH, and KAL-ODNER, Circuit Judges.

PER CURIAM.

The judgment of the court below will be affirmed upon the careful opinion of Judge Kirkpatrick, 78 F.Supp. 845.

ESTATE of Isadore ZELLERBACH, Deceased.

J. David ZELLERBACH and Harold L. Zellerbach, Executors, Petitioners, v. COM-MISSIONER OF INTERNAL REVENUE, Respondent.

No. 11795.

Circuit Court of Appeals. Ninth Circuit.

Aug. 12, 1948.

As Amended Oct. 12, 1948.

Philip S. Ehrlich and Albert A. Axelrod, both of San Francisco, Cal., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key, George A. Stinson, Helen Goodner, and Carlton Fox, Sp. Assts. to Atty. Gen., for respondent.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, the decision of the Tax Court is affirmed. 9 T.C. 89.

IOWA PACKING COMPANY, Appellant, v. Grace POPE, Administratrix of Estate of Daniel LeRoy Pope, Deceased, and Edgar Welson.

No. 13742.

Circuit Court of Appeals.
Eighth Circuit.
June 9, 1948.

Harlan J. Thoma, of Des Moines, Iowa, for appellant.

Johnson & Johnson, of Knoxville, Iowa, and Robert V. Bannister, E. B. Carpenter, and Paul Ahlers, all of Des Moines, Iowa, for appellees.

PER CURIAM.

Appeal from District Court dismissed at the cost of appellant, on stipulation of parties.

William F. KELLEY, Appellant, v. UNITED STATES of America.

No. 13796.

Circuit Court of Appeals.
Eighth Circuit.
July 27, 1948.

William F. Kelley, pro se.

Sam M. Wear, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, because not taken in time, on motion of appellee.